| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Kallon, Abdul K. | 2. Court or Organization  Northern District of Alabama | 3. Date of Report  05/04/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial    ☑ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |

**7. Chambers or Office Address**

419 Hugo Black United States Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Children's Village Board of Directors |
| 2. | Chair | Beta Kappa Boule Charitable Foundation |
| 3. | Director | Alabama Law Foundation |
| 4. | Director | Bethel Baptist Historic Renovation Foundation |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Sale of 2 % interest in building to Synergy Real Estate (Jonathan Dunning, President); final two payments totaling $18,000 were due by June 30, 2014. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | United States Federal Courts -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae | Co-signer of student loans | L |
| 2. | Wells Fargo | Mortgage on rental property #1, Montgomery, AL (Pt. VII, line 7) | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank Account 1 | A | Interest | L | T | | | | | |
| 2. Regions Bank Account 2 | A | Interest | J | T | | | | | |
| 3. Regions Bank Account 3 | A | Interest | J | T | Open | 09/19/15 | J | | |
| 4. Bank of America Account | A | Interest | J | T | Open | 09/19/15 | J | | |
| 5. BB and T Bank Account | A | Interest | K | T | | | | | |
| 6. Rental Property #1, Montgomery, AL (2009 $164,000) | B | Rent | M | R | | | | | |
| 7. Rental Property #2, Birmingham, AL (2015 $617,000) | A | Rent | O | R | | | | | |
| 8. Bradley Arant 401K | | | | | Sold | 03/03/15 | P1 | | |
| 9. --Putnam Equity Income | | None | | | | | | | |
| 10. --MainStay Large Cap Growth I | | None | | | | | | | |
| 11. --Vanguard Institutional Index | | None | | | | | | | |
| 12. --Harbor Small Cap Growth Instl | | None | | | | | | | |
| 13. --AllianceBern Discovery Value I (name change from Mid Cap) | | None | | | | | | | |
| 14. --American Funds EuroPacific Growth | | None | | | | | | | |
| 15. --Harbor International Adm | | None | | | | | | | |
| 16. --Oakmark Equity & Income | | None | | | | | | | |
| 17. NBC Brokerage Account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Apple Common Stock | A | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 19. --Amazon.Com | | None | J | T | | | | | |
| 20. --Berkshire Hathaway Class B | | None | L | T | Buy (add'l) | 01/23/15 | K | | |
| 21. --Coca Cola Stock | A | Dividend | | | Sold | 01/23/15 | J | A | |
| 22. --Conoco Phillips Common Stock | A | Dividend | | | Sold | 01/23/15 | J | A | |
| 23. --Deere & Co. | A | Dividend | | | Sold | 01/23/15 | J | A | |
| 24. --Energen Corp | A | Dividend | J | T | | | | | |
| 25. --ExxonMobil | A | Dividend | J | T | | | | | |
| 26. --Gilead Sciences | | None | | | Sold | 01/23/15 | J | D | |
| 27. --Google Common Stock -- Class A | | None | K | T | | | | | |
| 28. --Google Class C | | None | K | T | Buy (add'l) | 01/23/15 | J | | |
| 29. --Martin Marietta Materials Common Stock | A | Dividend | | | Sold | 01/23/15 | J | C | |
| 30. --McDonald's Corp | A | Dividend | | | Sold | 01/23/15 | J | A | |
| 31. --Mueller Water Products | A | Dividend | J | T | | | | | |
| 32. --Phillips 66 | A | Dividend | | | Sold | 01/23/15 | J | B | |
| 33. --Teradata Common Stock | | None | | | Sold | 01/23/15 | J | C | |
| 34. --United Technologies Corp | A | Dividend | | | Sold | 01/23/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vulcan Materials Common Stock | A | Dividend | J | T | | | | | |
| 36. --Walter Energy | | None | J | T | Buy (add'l) | 01/23/15 | J | | |
| 37. --Prime Money Market Fund RBC Reserve Class (formerly Goldm | A | Interest | J | T | | | | | |
| 38. Vanguard IRA | | | | | | | | | |
| 39. --Vanguard 500 Index Fund | C | Dividend | M | T | Open | 03/11/15 | M | | |
| 40. --Vanguard Mid-Cad Index Fund | B | Dividend | M | T | Open | 03/11/15 | M | | |
| 41. --Vanguard Small Cap Growth Index Fund | B | Dividend | M | T | Open | 03/11/15 | M | | |
| 42. --Vanguard Total Int'l Stock Index Fund | C | Dividend | M | T | Open | 03/11/15 | M | | |
| 43. --Vanguard Wellington Fund | D | Dividend | M | T | Open | 03/11/15 | M | | |
| 44. Vanguard Roth IRA | | | | | | | | | |
| 45. --Vanguard 500 Index Fund | A | Dividend | K | T | Open | 03/11/15 | K | | |
| 46. --Vanguard Mid-Cad Index Fund | A | Dividend | J | T | Open | 03/11/15 | J | | |
| 47. --Vanguard Small Cap Growth Index Fund | A | Dividend | J | T | Open | 03/11/15 | J | | |
| 48. --Vanguard Total Int'l Stock Index Fund | A | Dividend | J | T | Open | 03/11/15 | J | | |
| 49. --Vanguard Wellington Fund | A | Dividend | K | T | Open | 03/11/15 | K | | |
| 50. Vanguard Brokerage Account | | | | | | | | | |
| 51. -- High Dividend Yield Fund | A | Dividend | J | T | Open | 02/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Long-Term Tax Exempt Fund | A | Dividend | J | T | Open | 02/23/15 | J | | |
| 53. --Short-Term Tax Exempt Fund | A | Dividend | J | T | Open | 02/23/15 | J | | |
| 54. --Money Market Fund | A | Dividend | J | T | Open | 02/23/15 | J | | |
| 55. --Total Stock Market Index Fund | A | Dividend | J | T | Open | 02/23/15 | J | | |
| 56. Merrill Edge Account | | | | | Open | 09/19/15 | | | |
| 57. --Alibaba | | None | J | T | Open | 09/19/15 | J | | |
| 58. --Amazon | | None | L | T | Open | 09/19/15 | L | | |
| 59. --Apple | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 60. --Bank of America | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 61. --BB&T | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 62. --Buckeye Partners | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 63. --Cisco | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 64. --Clearbridge Growth Fund | | None | K | T | Open | 09/19/15 | K | | |
| 65. --Clearbridge Large Cap Growth | A | Dividend | K | T | Open | 09/19/15 | K | | |
| 66. --Clearbridge Large Cap Value | A | Dividend | K | T | Open | 09/19/15 | K | | |
| 67. --Coca-Cola | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 68. --DSW | A | Dividend | J | T | Open | 09/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Dunkin | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 70. --Facebook | | None | K | T | Open | 09/19/15 | K | | |
| 71. --Fifth Third Bancorp | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 72. --First Solar | | None | J | T | Open | 09/19/15 | J | | |
| 73. --Ford | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 74. --Goldman Sachs | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 75. --Google Class A | | None | K | T | Open | 09/19/15 | K | | |
| 76. --Google Class C | | None | K | T | Open | 09/19/15 | K | | |
| 77. --General Electric | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 78. --JP Morgan Chase | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 79. --Lord Abbett Intermediate Tax Free | A | Dividend | K | T | Open | 09/19/15 | K | | |
| 80. --Lord Abbett Growth Leaders | B | Dividend | K | T | Open | 09/19/15 | K | | |
| 81. --Nissan | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 82. --Pfizer | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 83. --Proctor & Gamble | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 84. --Regions | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 85. --Republic Bancorp | A | Dividend | J | T | Open | 09/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Tocqueville Int'l Value | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 87. --Toyota | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 88. --Twitter | | None | J | T | Open | 09/19/15 | J | | |
| 89. --Vanguard FTSE Emerging | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 90. --Vanguard Dividend Growth | | None | J | T | Open | 09/19/15 | J | | |
| 91. --Vanguard 500 Index | A | Dividend | K | T | Open | 09/19/15 | K | | |
| 92. --Vanguard Small Cap | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 93. --Verizon | A | Dividend | J | T | Open | 09/19/15 | J | | |
| 94. --Zoe's | | None | J | T | Open | 09/19/15 | J | | |
| 95. Wells Fargo Small Cap World Fund | | None | K | T | Open | 09/19/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII -- I acquired the assets listed in lines 3, 4, 6, and 56 - 95 by marriage. Although my wife has owned these assets for years, I listed our wedding date (Sept. 19, 2015) as the transaction date for this report.

Finally, the rental property in line 7 ▮▮▮▮▮▮▮▮▮▮▮▮▮ has a detached garage apartment that we are currently renting to a tenant. I have not included the mortgage as a liability in section VI as a result.

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 05/04/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Abdul K. Kallon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544